**No. 10M2. Eugene J. Fisch, Petitioner v. Republic of Poland, et al.**

562 U.S. 819, 131 S. Ct. 373, 178 L. Ed. 2d 10, 2010 U.S. LEXIS 6729.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M3. Mark A. McCord, Petitioner v. Michael G. O'Neill.**

562 U.S. 819, 131 S. Ct. 373, 178 L. Ed. 2d 10, 2010 U.S. LEXIS 6268.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 369 Fed. Appx. 237.

**No. 10M4. David J. Beatty, Petitioner v. Deborah Kerivan.**

562 U.S. 819, 131 S. Ct. 373, 178 L. Ed. 2d 10, 2010 U.S. LEXIS 6245.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M5. Reza Tatum, Petitioner v. Hugh Wolfenbarger, Warden.**

562 U.S. 819, 131 S. Ct. 373, 178 L. Ed. 2d 10, 2010 U.S. LEXIS 6421.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M6. Edgardo Maldonado-Arce, Petitioner v. David R. Peters, et al.**

562 U.S. 819, 131 S. Ct. 373, 178 L. Ed. 2d 10, 2010 U.S. LEXIS 6340.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M7. Orlando A. Lee, Sr., Petitioner v. Federal Bureau of Investigation, et al.**

562 U.S. 819, 131 S. Ct. 373, 178 L. Ed. 2d 10, 2010 U.S. LEXIS 6735.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 344 Fed. Appx. 843.

**No. 10M8. Dorsey Taylor, Petitioner v. Fred Britten, Warden, et al.**

562 U.S. 819, 131 S. Ct. 374, 178 L. Ed. 2d 10, 2010 U.S. LEXIS 6281.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M9. Kathryn Myles Jackson, Petitioner v. Randalls Food & Drugs, L.P.**

562 U.S. 819, 131 S. Ct. 374, 178 L. Ed. 2d 10, 2010 U.S. LEXIS 6411.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.